**::THELEN**
*Thelen Reid Brown Raysman & Steiner LLP*

900 Third Avenue  New York, NY 10022
Phone: 212 895 2000   Fax: 212 895 2900
www.thelen.com

Charles Fastenberg
212.603.6589 Direct Dial
cfastenberg@thelen.com



May 8, 2008

**VIA FAX 212-805-7920**

Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   **L & L Painting Co., Inc. v. Odyssey Contracting Corp.,
08 CIV 3559 (SAS)
Our File No. 671514-132**

Dear Judge Scheindlin:

    This firm is counsel to plaintiff L & L Painting Co., Inc. ("Plaintiff") in the above action. We herewith submit, on behalf of both sides in the action, a briefing schedule, to be "so ordered" by the Court, for Plaintiff's motion to remand the instant action to the Supreme Court of the State of New York, New York County.

    Plaintiff will serve its motion by overnight courier on or before May 14, 2008. Defendant Odyssey Contracting Corp. ("Defendant") will serve its opposition by overnight courier on or before June 5, 2008. Plaintiff will serve its reply by overnight courier on or before June 20, 2008.

Respectfully submitted,

*Charles Fastenberg*

CF/nj
cc: Michael McDermott, Esq. (via facsimile)

SO ORDERED:

*[signature]*
Hon. Shira A. Scheindlin, U.S.D.J.    5/9/08

NY #1709537 v1

NEW YORK   SAN FRANCISCO   WASHINGTON, DC   LOS ANGELES   SHANGHAI   LONDON   SILICON VALLEY   HARTFORD   NORTHERN NJ