UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
L & L PAINTING CO., INC.,                                    ECF CASE

                      Plaintiff,                  08 CIV 3559 (SAS)

      -against-

                                          **RULE 7.1
                                          DISCLOSURE
ODYSSEY CONTRACTING CORP.,        STATEMENT**

                      Defendant.
------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff L & L Painting Co., Inc. certifies that L & L Painting Co., Inc. has no corporate parent and that no publicly held corporation owns 10% or more of L & L Painting Co., Inc's stock.

Dated: New York, New York
       May 13, 2008

                                            **THELEN REID BROWN
                                              RAYSMAN & STEINER LLP**
                                            Attorneys for Plaintiff
                                            L & L Painting Co., Inc.

                      By:   <u>s/ Charles Fastenberg</u>
                           Charles Fastenberg  (CF 8966)

                           875 Third Avenue
                           New York, New York 10022
                           (212) 603-6589

NY #1710126 v1