UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
L + L Painting
                                    Plaintiff,

                                                            08 CIVIL 3559 (SAS)

            -against-

Odyssey Contracting
                                    Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Michael McDermott__

☐    **Attorney**

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __Unknown__

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    **Law Firm/Government Agency Association**

    From: __McElroy Deutsch Mulvaney + Carpenter__

    To: __Georgoulis + Associates PLLC__

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:* __45 Broadway, 14th Fl NYC 10006__
☐    *Telephone Number:* __212 425-7854__
☐    *Fax Number:* __212 422-5360__
☐    *E-Mail Address:* __Mcdermott@georgoulis.com__

Dated: __6-16-08__       _/s/ Michael McDermott_