Charles Fastenberg, Esq.
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY  10022
(212) 603-2000
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L & L PAINTING CO., INC., <br><br> Plaintiff, <br><br> -against- <br><br> ODYSSEY CONTRACTING CORP., <br><br> Defendant. | ECF CASE <br><br> 08 CIV 3559 (SAS) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Charles Fastenberg, Esq., of Thelen Reid Brown Raysman & Steiner LLP hereby appears as counsel of record to plaintiff L & L Painting Co., Inc. and hereby requests that service upon the plaintiff of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:  New York, New York
        June 26, 2008

                                                            THELEN REID BROWN
                                                            RAYSMAN & STEINER LLP

                                                            By:  *s/Charles Fastenberg*
                                                                  Charles Fastenberg

                                                            875 Third Avenue
                                                            New York, NY  10022
                                                            (212) 603-2000

                                                            *Attorneys for Defendant*